**Terry E. COOK, Plaintiff–Appellant,**

v.

**Janet RENO, Attorney General; Kathleen Hawk Sawyer, Director of Bureau of Prisons; C.E. Floyd, Warden; A. Balinao, Medical Administrator; Bernard Parina, Medical Doctor, Defendants–Appellees.**

No. 01–6371.

United States Court of Appeals,
Fourth Circuit.

Submitted July 20, 2001.

Decided July 30, 2001.

Terry E. Cook, pro se. Barbara Murcier Bowens, Columbia, SC, for appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Terry E. Cook appeals the district court's orders denying relief on claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his Federal Rule of Civil Procedure 59(e) motion in regard to that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cook v. Reno,* No. CA–99–4056–6 (D.S.C. Feb. 14 and Mar. 19, 2001). Moreover, we deny Cook's motion to add defendants. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*